UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACUSETTS

| | |
|---|---|
| ESTATE OF BARBARA SAWYER,<br>    *Plaintiff*<br><br>v.<br><br>SECURITY FIRST INSURANCE COMPANY<br>    *Defendant* | CASE NO._____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states." The Defendant, Security First Insurance Company ["Security First"], pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files its Notice of Removal of the above-described action to the United States District Court for the District of Massachusetts, and in support thereof, states the following:

**(1)  BACKGROUND.**

On or about November 18, 2022, the Plaintiff filed a Complaint in the Plymouth County Superior Court against the Defendant, in the action of *Estate of Barbara Sawyer v. Security First Insurance Company*, Civil Action No. 2283CV00869. Service of the Complaint was effected on April 11, 2023 (after the plaintiff secured an extension of time from the Court to make service).

**(2) BASIS FOR REMOVAL**.

This is an insurance coverage claim in which the Plaintiff claims that Security First wrongfully denied its insured's liability for personal injury and death resulting from a fire in a

1

residence insured by Security First. The amount in controversy is alleged to be Three Hundred Thousand Dollars ($300,000).

The Plaintiff is Scott Becker, the Personal Representative of the decedent who perished in the fire. Mr. Becker resides in California. The Defendant is an insurance company incorporated in the State of Florida.

Subject matter jurisdiction of the case is therefore appropriate in Federal Court on the basis of the parties' diversity of citizenship. 28 U.S.C. § 1332.

**(3) PROCEDURAL REQUIREMENTS.**

The Defendant is within the thirty day time period for filing a Notice of Removal under 28 U.S.C. § 1446(b). A copy of the Plaintiff's Complaint is attached hereto as "A". The Defendant is giving written notice of the filing of this Notice of Removal to the Plaintiff, as required by 28 U.S.C. § 1446(d). A copy of this Notice of Removal is being filed with the Plymouth County Superior Court, as required by 28 U.S.C. § 1446(d).

                                                Defendant,

                                                SECURITY FIRST INSURANCE COMPANY,
                                                By its Attorney,

                                                /s/ John Egan
                                                John Egan, Esquire BBO # 151670
                                                Rubin and Rudman LLP
                                                53 State Street
                                                Boston, MA 02109
                                                Tel: (617) 330-7181
                                                jegan@rubinrudman.com

Date: April 21, 2023

## **CERTIFICATE OF SERVICE**

I, John Egan, hereby certify that on the 21st day of April, 2023, I caused a copy of Notice of Removal to be served electronically to: *Michael M. Kaplan, Law Offices of Michael M. Kaplan, 291 Main Street, Milford, MA 01757 ([mike@kalnaslaw.com](mailto:mike@kalnaslaw.com)).*

                     /s/ John Egan
                     John Egan