## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTATE OF BARBARA SAWYER,<br>*Plaintiff*<br><br>v.<br><br>SECURITY FIRST INSURANCE COMPANY<br>*Defendant* | )<br>)<br>)<br>)<br>) CASE NO. 1:23-cv-10865-WGY<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

It is hereby stipulated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above entitled action is dismissed, without prejudice to the Plaintiff re-filing the Complaint in a jurisdiction or venue other than within the Commonwealth of Massachusetts. Neither party waives any of its rights with regard to the prosecution or defense of any such re-filed action.

| ESTATE OF BARBARA SAWYER | SECURITY FIRST INSURANCE CO. |
|---|---|
| By its Attorney, | By its Attorney, |
| /s/ Michael M. Kaplan | *(signature)* |
| Michael M. Kaplan, Esq.<br>BBO # 554910<br>Law Offices of Michael M. Kaplan<br>291 Main Street<br>Milford, MA 01757<br>Tel: (508) 473-1161<br>mike@kaplanslaw.com | John Egan, Esquire<br>BBO # 151670<br>Rubin and Rudman LLP<br>53 State Street<br>Boston, MA 02109<br>Tel: (617) 330-7181<br>jegan@rubinrudman.com |

## CERTIFICATE OF SERVICE

    I, John Egan, hereby certify that on the 4th day of October, 2023, I caused a copy of the within Stipulation of Dismissal to be served electronically to: **Michael M. Kaplan, Law Offices of Michael M. Kaplan, 291 Main Street, Milford, MA 01757 ([mike@kalnaslaw.com](mailto:mike@kalnaslaw.com)).**

 

_____

John Egan